# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
|  | ) Case No. 6:18-PO-00295 JDP |
| JUDEA M. GRIER | ) |
|  | ) |
| *Defendant* | ) |

## ORDER TO PAY
## PROBATION PURSUANT TO A DEFERRED JUDGMENT
## AGREEMENT BETWEEN THE PARTIES

The defendant having been found guilty of an offense under 36 CFR 2.35(B)(2), and pursuant to an agreement between the Government and the Defendant,

**IT IS ORDERED:** The defendant is placed on unsupervised probation as provided in the agreement between the parties for a period of 12 months, without a judgment of conviction first being entered. The defendant must comply with the standard conditions of probation set forth in this order, and the following conditions found on page two:

1. The defendant's probation shall be unsupervised by the probation office.
2. The defendant is ordered to obey all federal, state, and local laws.
3. The defendant shall notify the court and, if represented by counsel, your counsel of any change of address and contact number.
4. The defendant shall advise the court and the government officer within seven days of being cited or arrested for any alleged violation of law. If represented, the defendant shall provide such notice through counsel.


Date:     8/21/2018                                                     /s/ Jeremy D. Peterson
                                                                         **JEREMY D. PETERSON**
                                                                         *United States Magistrate Judge*

**Conditions of Probation**

While on probation, you must also:

1. The defendant shall complete 60 hours of community service. The defendant shall perform and complete the community service hours by 6/21/2019 and submit proof to the court and the government through counsel.

2. Pursuant to 18 USC § 3572(d)(3), while on probation and subject to any financial obligation of probation. Defendant shall notify the court of any material change in defendant's economic circumstances that might affect defendant's ability to pay the full financial obligation.

3. The defendant is ordered to personally appear for a probation review hearing on 07/16/2019 at 10:00 am before U.S. Magistrate Judge Jeremy D. Peterson.