HEATHER E. WILLIAMS, SBN #122664
Federal Defender
DAVID HARSHAW, KYSBN # 86435
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-6666x7312
Fax: (916) 498-6656
david_harshaw@fd.org

Attorneys for Defendant
JUDEA M. GRIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.   6:18-po-295-JDP |
| | ) | |
| Plaintiff, | ) | **UNOPPOSED MOTION AND ORDER TO** |
| | ) | **VACATE REVIEW HEARING,** |
| vs. | ) | **TERMINATE PROBATION AND ENTER A** |
| | ) | **DISMISSAL** |
| JUDEA M. GRIER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Comes Defendant, Judea M. Grier, by counsel David Harshaw, and hereby requests that

the review hearing in this case be vacated, that the Defendant's probation be terminated early,

and that a dismissal be entered.

Defendant makes this request for the following reasons:

On August 21, 2018, Defendant pled guilty to possession of marijuana.  The plea was

made pursuant to a deferred entry of judgment.  The Court sentenced Defendant in general

accord with the agreement of the parties: (1) twelve months of unsupervised probation; (2) obey

all laws and advise the Court and Government Officer within seven days of being cited or

arrested for any alleged violation of law; (3) do 60 hours of community service and pay a $40.00

special assessment/processing fee.[1]  A review hearing is currently set for July 16, 2019.[2]

Probation is set to terminate on August 21, 2019.

As of this date, Defendant has paid the assessment and has completed the community service.  There are no new law violations.  Accordingly, Defendant requests that her July 16, 2019 review hearing be vacated.  She also requests that her probation be terminated early and that the Court enter a dismissal pursuant to the deferred entry of judgment agreement.  The United States, through Legal Officer Susan St. Vincent, does not oppose this motion.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 28, 2019

*/s/  David Harshaw*
DAVID HARSHAW
Assistant Federal Defender
Attorneys for Defendant
JUDEA M. GRIER

/ / /

**O R D E R**

The court, being sufficiently advised, orders that the review hearing set for July 16, 2019 in Case No. 6:18-po-295-JDP be vacated.  Further, defendant's probationary period is terminated and the case is dismissed.

IT IS SO ORDERED.

Dated:    July 2, 2019

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties had agreed to a $1000.00 fine, but this Court reduced that amount to $600.00, which was converted to community service.

[2] The Court is not in session on this date.  If the Court desires the review hearing to go forward, alternative dates of July 30 and 31 are available.  The undersigned will be the Federal Defender those days.